1  Gina M. Corena, Esq.
   Nevada Bar No. 10330
2  gina@lawofficecorena.com
   Julia Armendariz, Esq.
3  Nevada Bar No. 15865
4  julia@lawofficecorena.com
   GINA CORENA & ASSOCIATES
5  300 S. Fourth Street, Suite 1400
   Las Vegas, Nevada 89101
6  Telephone: (702) 680-1111
   Facsimile: (888) 897-6507
7  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| GABRIEL RAMIREZ-LANDEROS, an individual; ALMA ROSA RAMIREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB INC. a Foreign Corporation, ECOLAB CORPORATE FLEETS, a Nevada entity; RICARDO CISNERO BELMUDEZ, an individual; DOES I through XX, and ROE Corporations I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-01311-CDS-BNW<br><br>**STIPULATION AND ORDER REGARDING RULE 35 EXAMINATION FOR ALMA ROSA RAMIREZ** |
|---|---|

Plaintiff and Defendant have stipulated, pursuant to Federal Rule of Civil Procedure 35, to conduct a medical examination for Plaintiff Alma Rosa Ramierez. The examination is scheduled to be conducted by Dr. Vladimir Sinkov on January 5, 2026, at 1627 E Windmill Ln #100, Las Vegas, NV 89123 beginning at 11 a.m.

The examiner is subject to the following conditions:

1. The examiner will treat Plaintiff fairly, professionally, and with courtesy.

2. The examiner will not require Plaintiff to sign any paperwork at the time of the examination.

1

3. The examiner will retain and produce documents, including a report, pursuant to FRCP 26(a)(2) as it pertains to retained experts.

4. The examiner will accurately report his or her findings and test results.

5. Plaintiff may elect to have an observer present at the time of the examination.

6. The examination may be audio and video recorded. Plaintiff's counsel will furnish a copy to Defendant's counsel at Plaintiff's cost within thirty (30) days after receiving a copy of the audio recording.

7. No observer will attend the examination on behalf of the Defendant, though the examiner may have other medical personnel in attendance as required.

8. Questions regarding liability or the facts of the case shall not be asked by the examiner or any agent or representative of the examiner in connection with the examination. This does not prevent the examiner from asking questions about prior injuries within 5 years prior to the incident, and general issues surrounding the accident, i.e., how did Plaintiff get injured, when did Plaintiff first feel pain, what treatment did Plaintiff receive, what was Plaintiff's response to those treatments, how does the Plaintiff feel now, etc.

9. No x-rays, CT scans, MRIs, ultrasounds, bone scans, bone density tests, blood tests, or other invasive procedures may be obtained or performed during the examination, nor will the examiner provide any medical treatment to the examinee.

10. If any testing administered by the examiner results in Plaintiff experiencing an unreasonable amount of pain, discomfort, or stress, Plaintiff will take a break from examination, consult with their counsel, and their counsel will call Defendant's counsel to discuss how to proceed.

11. The examiner shall not engage in any ex parte contact with any of the Plaintiff's other healthcare providers regarding questions or discussion about this case.

12. The examiner acknowledges that he is a retained expert of Defendant Ecolab and that his deposition may be taken pursuant to the Federal Rules of Civil Procedure as they apply to retained experts.

13. The examiner's report will comply with FRCP Rules 26 and 35 as they pertain to retained experts.

14. Defendant's counsel agrees to provide this stipulation to the examiner prior to the examination.

15. The examiner's report will be included in and as part of his disclosure pursuant to the schedule in this case for expert disclosures.

16. Plaintiff shall not be required to wait in the waiting room prior to the examination start time for longer than 45 minutes from the start time of the exam contained in this stipulation absent an explained emergency. After 45 minutes in the waiting room, Plaintiff will be permitted to exit the facility and Defendant Ecolab will be precluded from rescheduling the examination unless (1) it receives an order from the Court allowing the examination or (2) unless upon confirmation of an explained emergency necessitating the delay will then Plaintiff allow the examination to be rescheduled at Defendant's expense.

17. Dr. Sinkov's examination will be limited to Plaintiff's spinal injuries.

18. Plaintiff understands that a Spanish translator will be present for the duration of the examination, and agrees that she is comfortable with either a male or female translator. The translator will not be an employee of Dr. Sinkov and will be provided from an independent third party by Defendant's counsel.

///

///

///

///

19. The Parties agree to abide by this stipulation even if not entered by the Court prior to the examination.

IT IS SO STIPULATED.

| DATED this 30th day of December, 2025.<br>**GINA CORENA & ASSOCIATES**<br>/s/ Julia Armendariz<br>**GINA M. CORENA, ESQ.**<br>Nevada Bar No. 10330<br>**JULIA ARMENDARIZ, ESQ.**<br>Nevada Bar No. 15865<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | DATED this 30th day of December, 2025.<br><br>/s/ Brianna H. Cole<br>**MICHAEL C. HETEY, ESQ.**<br>Nevada Bar No. 5668<br>**THORNDAL ARMSTRONG, PC**<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, Nevada 89101<br>Tel.: (702) 366-0622<br>Fax: (702) 366-0327<br>mch@thorndal.com<br>**Douglas L. Pfeifer (*admitted pro hac vice*)**<br>**Brianna H. Cole (*admitted pro hac vice*)**<br>**HUSCH BLACKWELL LLP**<br>80 S. 8th St., Suite 4800<br>Minneapolis, MN 55402<br>Doug.Pfeifer@huschblackwell.com<br>Brianna.Cole@huschblackwell.com<br>*Attorneys for Defendant,*<br>*ECOLAB INC.* |

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby adopts the above terms as its Order.

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED: January 5, 2026**

4

**From:** Cole, Brianna <Brianna.Cole@huschblackwell.com>
**Sent:** Tuesday, December 30, 2025 11:57 AM
**To:** Julia Armendariz <julia@lawofficecorena.com>
**Cc:** Wendy Concepcion <Wendy@lawofficecorena.com>; Michael C. Hetey <mch@thorndal.com>; Lara M. Feldstein <lmf@thorndal.com>; Pfeifer, Doug <Doug.Pfeifer@huschblackwell.com>; Long, Quaid <Quaid.Long@huschblackwell.com>; Kathryn A. Savage <kas@thorndal.com>; Alisha Watson <amw@thorndal.com>; Diane Polonsky <Dianep@lawofficecorena.com>; Dominic Velgos <dominic@lawofficecorena.com>; Wendy Concepcion <Wendy@lawofficecorena.com>
**Subject:** RE: Ramirez - Stip for IME

Hi, Julia,

Sorry for the delay on us. I am attaching two new versions for your review. You have my permission to submit and I don't need to see it again if we're in agreement on the following changes –

Number 2 for both Plaintiffs: I got rid of "Defendants have already provided Plaintiff with general intake forms required by the examiner, and Plaintiff will complete these forms applicable to a Rule 35 examination" because Dr. Sinkov does not have any forms; only Dr. Hanson.

Number 3 for Gabriel: I just moved number 3 down to be its own number.

Number 8 for both Plaintiffs: I included a couple other anticipated questions (I sent this in an earlier email but I know there were a few going between us).

Number 16 for both Plaintiffs: I added that we can only get the exam rescheduled by court order, or the explanation for emergency like you noted earlier.

Number 18 for Gabriel: Changed "she" to "he".

Just let me know!

Thanks,
Bri

**Brianna Cole**
**Attorney**
Direct: 612-852-3634
Brianna.Cole@huschblackwell.com

**From:** Julia Armendariz <julia@lawofficecorena.com>
**Sent:** Tuesday, December 30, 2025 11:42 AM
**To:** Cole, Brianna <Brianna.Cole@huschblackwell.com>
**Cc:** Wendy Concepcion <Wendy@lawofficecorena.com>; Michael C. Hetey <mch@thorndal.com>; Lara M. Feldstein <lmf@thorndal.com>; Pfeifer, Doug <Doug.Pfeifer@huschblackwell.com>; Long, Quaid <Quaid.Long@huschblackwell.com>; Kathryn A. Savage <kas@thorndal.com>; Alisha Watson <amw@thorndal.com>; Diane Polonsky <Dianep@lawofficecorena.com>; Dominic Velgos <dominic@lawofficecorena.com>; Wendy Concepcion <Wendy@lawofficecorena.com>; Julia Armendariz <julia@lawofficecorena.com>
**Subject:** RE: Ramirez - Stip for IME

[EXTERNAL EMAIL]

Brianna,