Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Julia Armendariz, Esq.
Nevada Bar No. 15865
julia@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL RAMIREZ-LANDEROS, an individual; ALMA ROSA RAMIREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB INC. a Foreign Corporation, ECOLAB CORPORATE FLEETS, a Nevada entity; RICARDO CISNERO BELMUDEZ, an individual;DOES I through XX, and ROE Corporations I through XX, inclusive,<br><br>Defendants. | CASE NO.:  2:25-cv-01311-CDS-BNW<br><br><br>**STIPULATION AND ORDER REGARDING RULE 35 EXAMINATION ON JANURY 20, 2026 FOR GABRIEL RAMIREZ-LANDEROS** |

Plaintiff and Defendant Ecolab have stipulated, pursuant to Federal Rule of Civil Procedure 35, to conduct a medical examination for Plaintiff Gabriel Ramirez-Landeros. The examination is scheduled to be conducted by Dr. Chad Hanson on January 20, 2026, at 2930 W Horizon Ridge Pkwy, Henderson, NV 89052 beginning at 8:00 a.m., with 7:30 a.m. arrival time.

The examiner is subject to the following conditions:

1. The examiner will treat Plaintiff fairly, professionally, and with courtesy.

2. The examiner will not require Plaintiff to sign any paperwork at the time of the examination. Ecolab has already provided Plaintiff with an intake form required by

1

the examiner, and Plaintiff will complete the aforementioned form applicable to a Rule 35 examination.

3. The examiner will retain and produce documents, including a report, pursuant to FRCP 26(a)(2) as it pertains to retained experts.

4. The examiner will accurately report his or her findings and test results.

5. Plaintiff may elect to have an observer present at the time of the examination.

6. The examination may be audio and video recorded. Plaintiff's counsel will furnish a copy to Defendant Ecolab's counsel at Plaintiff's cost within thirty (30) days after receiving a copy of the audio recording.

7. No observer will attend the examination on behalf of the Defendant, though the examiner may have other medical personnel in attendance as required.

8. Questions regarding liability or the facts of the case shall not be asked by the examiner or any agent or representative of the examiner in connection with the examination. This does not prevent the examiner from asking questions about prior injuries within 5 years prior to the incident, and general issues surrounding the accident, i.e., how did Plaintiff get injured, when did Plaintiff first feel pain, what treatment did Plaintiff receive, what was Plaintiff's response to those treatments, how does the Plaintiff feel now, etc.

9. No x-rays, CT scans, MRIs, ultrasounds, bone scans, bone density tests, blood tests, or other invasive procedures may be obtained or performed during the examination, nor will the examiner provide any medical treatment to the examinee.

10. If any testing administered by the examiner results in Plaintiff experiencing an unreasonable amount of pain, discomfort, or stress, Plaintiff will take a break from examination, consult with their counsel, and their counsel will call Defendant Ecolab's counsel to discuss how to proceed.

11. The examiner shall not engage in any *ex parte* contact with any of the Plaintiff's other healthcare providers regarding questions or discussion about this case.

12. The examiner acknowledges that he is a retained expert of Defendant Ecolab and that his deposition may be taken pursuant to the Federal Rules of Civil Procedure as they apply to retained experts.

13. The examiner's report will comply with FRCP Rules 26 and 35 as they pertain to retained experts.

14. Defendant's counsel agrees to provide this stipulation to the examiner prior to the examination.

15. The examiner's report will be included in and as part of his disclosure pursuant to the schedule in this case for expert disclosures.

16. Plaintiff shall not be required to wait in the waiting room prior to the examination start time for longer than 45 minutes from the start time of the exam contained in this stipulation absent an explained emergency. After 45 minutes in the waiting room, Plaintiff will be permitted to exit the facility and Defendant Ecolab will be precluded from rescheduling the examination unless (1) it receives an order from the Court allowing the examination or (2) unless upon confirmation of an explained emergency necessitating the delay will Plaintiff then allow the examination to be rescheduled at Defendant's expense.

17. To avoid cumulative examinations, Dr. Hanson's examination will be limited to Plaintiff's shoulder injury and Dr. Hanson is prohibited from seeking information or forming opinions relating to Plaintiff's spinal injury.

18. Plaintiff understands that a Spanish translator will be present for the duration of the examination, and agrees that he is comfortable with either a male or female translator. The translator will not be an employee of Dr. Hanson and will be provided from an independent third party by Defendant's counsel.

3

19. The Parties agree to abide by this stipulation even if not entered by the Court prior to the examination.

**IT IS SO STIPULATED.**

DATED this 15th day of January, 2026.                    DATED this 15th day of January, 2026.

**GINA CORENA & ASSOCIATES**                    **THORNDAL ARMSTRONG**

*/s/ Julia Armendariz* (signed with permission)          */s/ Michael Hetey*
**GINA M. CORENA, ESQ.**                         **MICHAEL C. HETEY, ESQ.**
Nevada Bar No. 10330                             Nevada Bar No. 5668
**JULIA ARMENDARIZ, ESQ.**                       **600 S. Las Vegas Blvd., Suite 400**
Nevada Bar No. 15865                             Las Vegas, NV 89101
300 S. Fourth Street, Suite 1400                 *Attorney for Defendant, Ecolab Inc.*
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

Pursuant to the Stipulation of the parties, the Court hereby adopts the above terms as its Order.

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**
**HONORABLE BRENDA WEKSLER**

DATED: January 16, 2026

4