Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Julia Armendariz, Esq.
Nevada Bar No. 15865
julia@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL RAMIREZ-LANDEROS, an individual; ALMA ROSA RAMIREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB INC. a Foreign Corporation, ECOLAB CORPORATE FLEETS, a Nevada entity; RICARDO CISNERO BELMUDEZ, an individual; DOES I through XX, and ROE Corporations I through XX, inclusive, | CASE NO.: 2:25-cv-01311-CDS-BNW<br><br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

The parties hereby move this Honorable Court for an order extending the deadlines in this matter to allow for the parties to participate in mediation prior to engaging in extensive expert discovery. The parties seek a four (4) week extension of the Court's deadlines. This is the first request.

## I. INTRODUCTION AND GOOD CAUSE

This request constitutes the parties' First Request to extend discovery deadlines. Good cause exists because the parties seek to engage in mediation with a private mediator prior to engaging in extensive expert discovery in this matter. Allowing a four (4) week extension to the Court's current deadlines will promote judicial economy and potentially prevent the parties from unnecessarily expending time, resources, and money on additional discovery in this case.

1

The parties intend to mediate this matter on March 3, 2026, and are requesting a new initial expert disclosure deadline of March 16, 2026.

This is the parties' first request for an extension of deadlines to the Court's current scheduling order.

## II.    DISCOVERY COMPLETED TO DATE

- The Parties participated in a telephonic Rule 26(f) Conference on August 6, 2025;

- Defendant Ecolab served its initial FRCP 26(a)(1) disclosures on August 20, 2025;

- Plaintiffs served their initial FRCP 26(a)(1) disclosures on August 21, 2025;

- Ecolab propounded its first set of interrogatories and requests for production to both Plaintiffs on September 4, 2025;

- Plaintiffs served their responses to Ecolab's first set of propounded written discovery requests including Answers to Interrogatories and Responses to Requests for Production on October 10, 2025;

- Plaintiffs propounded its first set of interrogatories, requests for production, and requests for admission to Defendant Ecolab on November 10, 2025;

- Plaintiffs served their first supplemental responses to Ecolab's first set of propounded written discovery requests including Answers to Interrogatories and Responses to Requests for Production on November 21, 2025;

- Plaintiffs served their first supplemental FRCP 26(a)(1) disclosures on November 24, 2025;

- Ecolab served its first supplemental FRCP 26(a)(1) disclosures on December 1, 2025;

- Ecolab served its responses to Plaintiffs' first set of propounded written discovery including Answers to Requests for Admission on December 10, 2025;

- Ecolab served its responses to Plaintiffs' first set of propounded written discovery including Answers to Interrogatories and Responses to Requests for Production on December 23, 2025;

- Both Plaintiffs underwent to an IME pursuant to FRCP 35 with Dr. Vladimir Sinkov of January 5, 2026;

2

- Ecolab served a non-party subpoena upon American Family Insurance for records on January 7 2026;

- Ecolab served its second supplemental FRCP 26(a)(1) disclosures on January 8, 2026;

- Plaintiff Gabriel Ramirez-Landeros served his second supplemental responses to Ecolab's first set of propounded written discovery requests including Answers to Interrogatories and Responses to Requests for Production on January 11, 2026;

- Counsel for Ecolab completed the deposition of Plaintiff Gabriel Ramirez-Landeros on January 12, 2026;

- Counsel started but did not finish the deposition of Plaintiff Alma Rosa Ramirez on January 12, 2026;

- Ecolab propounded its second set of interrogatories and requests for production to Plaintiff Gabriel Ramirez-Landeros on January 15, 2026; and

- Plaintiff Gabriel Ramirez-Landeros underwent an IME pursuant FRCP 35 with Chad Hanson of January 20, 2026.

### III.    DISCOVERY REMAINING

- Rule 30(b)(6) deposition;
- Finish the deposition of Plaintiff Alma Rosa Ramirez;
- Depositions of Plaintiffs' treating expert witnesses;
- Depositions of the parties' retained expert witnesses;
- Depositions of additional fact witnesses;
- Exchange of parties' expert and rebuttal disclosures;
- Potential additional written discovery as this action proceeds; and
- Dispositive motion practice.

### IV.    REASONS DISCOVERY HAS NOT BEEN COMPLETED

Since the inception of this case, the parties have worked together to move discovery forward. The parties timely served initial disclosures and written discovery. The parties worked together to schedule the depositions of Plaintiffs. The deposition of Plaintiff Gabriel Ramirez-Landeros went the full day with the assistance of a Spanish translator. The deposition of Plaintiff

Alma Rosa Ramirez needed to be continued for that reason. Following the completion of the deposition of Plaintiff Alma Rosa Ramirez the parties wish to engage the services of private mediator Howard Russell of Private Trial on March 3, 2026. Because the parties intend to mediate in good faith, the parties wish to continue the initial expert disclosure deadline in order to focus on mediation as opposed to expert work and reports. By continuing the schedule by four (4) weeks, it allows the parties to do just that.

### V.    PRIOR DISCOVERY DEADLINES AND TRIAL DATE

According to the Court's prior Order, Stipulated Discovery Plan and Scheduling Order (First Request) [ECF No. 19], the existing deadlines are as follows:

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | February 16, 2026 |
| Rebuttal Expert Reports: | March 18, 2026 |
| Close of Discovery: | April 17, 2026 |
| Dispositive Motions: | May 18, 2026 |
| Joint Pretrial Order: | June 17, 2026 |

### VI.    PROPOSED DISCOVERY AND TRIAL SCHEDULE

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | March 16, 2026 |
| Rebuttal Expert Reports: | April 15, 2026 |
| Close of Discovery: | May 15, 2026 |
| Dispositive Motions: | June 16, 2026 |
| Joint Pretrial Order: | July 15, 2026 |

If dispositive motions are filed, the deadline for the Joint Pretrial Order will be suspended until 30 days after decision on the motions or further order of the Court.

### VII.    LEGAL STANDARD

Under FRCP 16(b)(4), a schedule may be modified only for good cause and with the judge's consent. Good cause exists here, where the parties seek to engage in meaningful settlement discussions with a private mediator, and have timely pushed discovery in this case forward, but

4

wish to mediate prior to expending additional time, resources, and money on additional fact and expert discovery. Further, LR 26-4 requires the movant to specify (1) discovery completed, (2) discovery remaining, (3) reasons for delay, and (4) a proposed new schedule for completing all remaining discovery, all of which are satisfied herein.

Dated this 26th day of January, 2026

**GINA CORENA & ASSOCIATES**

*/s/ Julia Armendariz*
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**JULIA ARMENDARIZ, ESQ.**
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

Dated this 26th day of January, 2026

**THORNDAL ARMSTRONG**

*/s/ Michael C. Hetey*
**MICHAEL C HETEY, ESQ.**
Nevada Bar No. 5668
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

-and-

HUSCH BLACKWELL LLP
**DOUG PFEIFER, ESQ.** *(Admitted pro hac vice)*
**BRIANNA COLE, ESQ.** *(Admitted pro hac vice)*
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that based upon the foregoing stipulations and good cause appearing, the Parties' Stipulation to Extend Deadlines (First Request) is hereby GRANTED.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE**
**JUDGE BRENDA WEKSLER**
DATED: January 27, 2026

Submitted by:

**Gina Corena & Associates**

*/s/ Julia Armendariz*
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**JULIA ARMENDARIZ, ESQ.**
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiff*