MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

DOUGLAS L. PFEIFER, ESQ.
Admitted *pro hac vice*
BRIANNA COLE, ESQ.
Admitted *pro hac vice*
HUSCH BLACKWELL LLP
80 South Eighth Street, Suite 4800
Minneapolis, Minnesota 55402
Tel: (612) 852-2700
Fax: (612) 852-2701
doug.pfeifer@huschblackwell.com
brianna.cole@huschblackwell.com

Attorneys for Defendant,
ECOLAB INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL RAMIREZ-LANDEROS, an individual; ALMA ROSA RAMIREZ, an individual;<br><br>Plaintiffs<br><br>v.<br><br>ECOLAB INC. a Foreign Corporation, ECOLAB CORPORATE FLEETS, a Nevada entity; RICARDO CISNERO BELMUDEZ, AN INDIVIDUAL; DOES I through XX, and ROE Corporations I through XX, inclusive<br><br>Defendants | CASE NO. 2:25-cv-01311-CDS-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, GABRIEL RAMIREZ-LANDEROS and ALMA ROSA RAMIREZ ("Plaintiffs"); and Defendant ECOLAB INC. ("Defendant"), by and through their respective undersigned counsel of record, that Plaintiffs' Complaint, including all claims and causes of action alleged therein or which could

Page 1 of 2
*Gabriel Ramirez-Landeros, et al. v. Ecolab Inc., et al., Case No. 2:25-cv-01311-CDS-BNW*
**Stipulation for Dismissal with Prejudice**

have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED**.

Dated this 27th day of April 2026.

GINA CORENA & ASSOCIATES

/s/ Julia Armendariz
GINA M. CORENA, ESQ.
Nevada Bar No. 10330
JULIA ARMENDARIZ, ESQ.
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Attorneys for Plaintiffs,
GABRIEL RAMIREZ-LANDEROS and
ALMA ROSA RAMIREZ

Dated this 27th day of April 2026.

THORNDAL ARMSTRONG, PC

/s/ Michael Hetey
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101

-and-

HUSCH BLACKWELL LLP
Douglas L. Pfeifer (*admitted pro hac vice*)
Brianna H. Cole (*admitted pro hac vice*)
80 S. 8th St., Suite 4800
Minneapolis, MN 55402

Attorneys for Defendant,
ECOLAB INC.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: April 28, 2026

Page 2 of 2
*Gabriel Ramirez-Landeros, et al. v. Ecolab Inc., et al., Case No. 2:25-cv-01311-CDS-BNW*
**Stipulation of Dismissal with Prejudice**